UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE MISAK,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:22-cv-01348-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 12, 14) |

Pending before the Court is the parties' stipulation for order in which Plaintiff Janie Misak ("Plaintiff") requests a 60-day extension of time to file any motion for summary judgment. (Doc. 14). Previously, Plaintiff filed a notice of 30-day extension (Doc. 12), extending the time for the filing of his summary judgment motion from March 13, 2023, to April 12, 2023. Accordingly, in light of the stipulation, the lack of opposition thereto, and for good cause appearing, it is HEREBY ORDERED, Plaintiff shall have a 60-day extension of time from April 12, 2023, to June 12, 2023, to serve and file her motion for summary judgment. All other dates in the Court's Scheduling Order (Doc. 5) shall be extended by 60 days.

IT IS SO ORDERED.

Dated:   **April 3, 2023**                                              _____
                                                                                           UNITED STATES MAGISTRATE JUDGE